UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A GIBSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> A. WALINGA, et al., <br><br> Defendants. | No. 1:21-cv-01298-AWI-EPG (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. Nos. 10, 12) <br><br> ORDER DISMISSING ACTION |

Mark. A. Gibson, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 28, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed" and that "[t]he Clerk of Court be directed to close this case." (ECF No. 12, p. 11).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on January 21, 2022. (ECF No. 13).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations issued on December 28, 2021, (ECF No. 12), are adopted in full;
2. This action is dismissed; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 23, 2022

SENIOR  DISTRICT  JUDGE

2